IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JEREMY EDWARD GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, *Acting* ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | Civil Action No. 6:17-CV-038-C |

## ORDER

On this day, the Court considered Defendant's Unopposed Motion for Remand, filed January 2, 2018. The United States Magistrate Judge filed his Report and Recommendation on January 3, 2018, recommending that the unopposed motion be granted. Neither party filed any objections.

The Court has reviewed the Report and Recommendation for clear error and finds none. It is therefore **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, that Defendant's Unopposed Motion for Remand is **GRANTED**, and that the above-styled and -numbered cause is **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

SO ORDERED this 23rd day of January, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE